■ In the Matter of SEAN H. and Another, Infants. ONEIDA COUNTY DEPARTMENT OF SOCIAL SERVICES, Respondent; KEISHA H., Respondent; ABBIE GOLDBAS, as Law Guardian, Appellant. [849 NYS2d 869]—Appeal from an order of the Family Court, Oneida County (Julia M. Brouillette, R.), entered February 6, 2007 in a proceeding pursuant to Family Court Act article 10. The order, among other things, approved petitioner's permanency plan of adoption.

It is hereby ordered that said appeal is unanimously dismissed without costs as moot. Present—Scudder, P.J., Centra, Fahey, Green and Pine, JJ.